**CT Corporation**

**Service of Process Transmittal**
07/22/2013
CT Log Number 523151725

| | |
|---|---|
| **TO:** | Melissa M Bachelder<br>Fresenius Medical Care<br>920 WINTER ST, STE A<br>Waltham, MA 02451-1519 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | Fresenius Medical Care Louisiana Dialysis Group, LLC (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Mary K. Daffron, Individually, as an Heir, and as Succession Administratrix of Mable Daffron, Beverly Boudeaux and Betty Ann Pellegrin, etc., Pltf. vs. Southern Dialysis Services, Inc. and Fresenius Medical Care Louisiana Dialysis Group, LLC |
| **DOCUMENT(S) SERVED:** | Citation, Petition(s), Verification, Exhibit(s), Affidavit(s) |
| **COURT/AGENCY:** | 32nd Judicial District Court, Parish of Terrebonne, LA<br>Case # 0169975 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - After completion of dialysis treatment on 02/11/2011, Mable Daffron was being transferred back to her wheel chair via Hoyer lift by Fresenius employees when, upon attempting to re-position her, caused a fracture to her right distal femur |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/22/2013 at 09:00 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Timothy C. Ellender<br>254 Barrow Street<br>Houma, LA 70361<br>985-223-2889 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/22/2013, Expected Purge Date: 07/27/2013<br>Image SOP<br>Email Notification, Melissa M Bachelder melissa.bachelder@fmc-na.com<br>Email Notification, Sharon Centamore Sharon.Centamore@fmc-na.com<br>Email Notification, Jennifer Rosa Jennifer.Rosa@fmc-na.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Trevor Garoutte |
| **ADDRESS:** | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Page 1 of 1 / AG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



RECEIVED
JUL 2 5 2013
BY:

EXHIBIT
A

## CITATION

MARY K DAFFRON, ET AL

Versus

SOUTHERN DIALYSIS SERVICES INC, ET AL



Case: 0169975
Division: E
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

---

### A Resident of EAST BATON ROUGE Parish

TO: FRESENIUS MEDICAL CARE LOUISIANA DIALYSIS GROUP LLC
THROUGH THEIR AGENT, CT CORPORATION SYSTEM, FOR SERVICE
OF PROCESS: 5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808

You are hereby summoned to comply with the demand of the Original Petition

A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk of Court at her office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 16th day of July, 2013.

Theresa A. Robichaux, Clerk of Court

BY: /S/ SHANNON FOLSE
Deputy Clerk of Court

A true copy:

JUL 1 6 2013

Clerk's Office, Houma, Louisiana

_____, 20__

(L.S.) _____
Deputy Clerk of Court

---

### SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ |
| together with a true copy thereof and a true | together with a true copy thereof and a true copy of pleadings mentioned above and on the |
| copy of pleadings mentioned above and on the | _____ day of _____, 20__ |
| _____ day of _____, 20___. | I served the same at the domicile of the said |
| I served the same on the said _____ | _____ |
| | Situated in the Parish of _____ |
| _____, | LA. at about _____ miles from the courthouse of the |
| IN PERSON in the Parish of _____ ' | Parish of _____, LA. |
| LA., at about _____ miles from the courthouse of | by leaving the said true copies in the hands of |
| The said Parish. | _____ |
| WHEREOF, I make this my return on this | a person apparently over the age of 16 years, being and residing at the said domicile of the |
| day of _____, 20__. | said _____ |
| | who was absent at the time of service as |
| _____ | determined from the interrogation of the said |
| Deputy Sheriff | _____,relative thereto. |
| | WHEREOF, I make this my return on this |
| Parish of _____ | _____ day of _____, 20___. |
| | _____ |
| | Deputy Sheriff |
| | Parish of _____ |

---

RETURN AND FILED:

_____

_____
Deputy Clerk of Court

FEE: $_____
MILEAGE: $_____
Total: $_____

Requested By: Timothy C Ellender Jr
254 Barrow Street
Houma, LA 70360 (985)223-2889

[ SERVICE ]

| | | |
|---|---|---|
| MARY K. DAFFRON, INDIVIDUALLY, | * | 32ND JUDICIAL DISTRICT COURT |

MARY K. DAFFRON, INDIVIDUALLY, * 32ND JUDICIAL DISTRICT COURT
AS AN HEIR, AND AS SUCCESSION
ADMINISTRATRIX OF MABLE *
DAFFRON, BEVERLY  BOUDEAUX
AND BETTY ANN PELLEGRIN, *
INDIVIDUALLY AND AS AN HEIR
OF MABLE DAFFRON, AND *
ADDITIONALLY ON BEHALF OF      PARISH OF TERREBONNE
MABLE DAFFRON *

VERSUS NO. *

SOUTHERN DIALYSIS SERVICES, INC. *
AND FRESENIUS MEDICAL CARE
LOUISIANA DIALYSIS GROUP, LLC *     STATE OF LOUISIANA

## PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel comes, Mary K. Daffron,

Individually, as an Heir, and as Succession Administratrix of Mable Daffron, Beverly Boudreaux,

and Betty Ann Pellegrin Individually and as an heir of Mable Daffron, and Additionally on Behalf

of Mable Daffron, of legal capacity, domiciled in the Parish of Terrebonne, State of Louisiana,

who with respect represents as follows:

1.

Made defendants herein are:

**SOUTHERN DIALYSIS SERVICES, INC.,** a Louisiana corporation authorized
to do and doing business in the Parish of Terrebonne, State of Louisiana; and

**FRESENIUS MEDICAL CARE LOUISIANA DIALYSIS GROUP, LLC**, a
foreign corporation authorized to do and doing business in the Parish of
Terrebonne, State of Louisiana.

2.

On February 11, 2011, plaintiff went to Fresenius Medical Care located at 800 Point Street

in Houma, Louisiana for one of her tri-weekly dialysis treatments.

3.

After completion of her dialysis treatment, Mable Daffron was being transferred back to

her wheel chair via Hoyer lift by Fresenius employees when, upon attempting to re-position her,

caused a fracture to her right distal femur.

RANDALL L. BETHANCOURT
JUDGE - DIVISION E

4.

It is alleged that defendants Southern Dialysis Services, Inc. and Fresenius Medical Care Louisiana Dialysis Group, LLC were negligent in that they lacked the requisite degree of knowledge or skill in the care and dialysis treatment of Mable Daffron, or that their employees did not have the requisite degree of knowledge or skill in dialysis treatment or proper transfer handling of patients undergoing dialysis treatment which caused injuries to Mable Daffron.

5.

As a result of Fresenius employees' negligence, plaintiff had to undergo an open reduction internal fixation with instrumentation the following day.

6.

As a result of the above incident, Mable Daffron suffered injuries and was entitled to recover such damages as are reasonable under the premises, including, but not limited to:

a)   General damages, including but not limited to past and future physical and mental pain, suffering and discomfort, disfigurement and loss of enjoyment of life; and

b)   Past and future medical and pharmaceutical expenses and all other special damages.

7.

As further result of defendant's collective negligence, it is alleged that her death which occurred on March 26, 2011, was caused by the acts and omissions of the defendants as alleged above.

8.

As a result of his injuries, Mable Daffron incurred medical expenses for the treatment of her injuries and her family incurred expenses associated with her untimely demise due to the negligence of defendant.

9.

At the time of her death, Mable Daffron did not have a surviving spouse nor surviving children.

10.

At the time of Mable Daffron's death on March 26, 2011, however, she was survived by her mother, Betty Daffron who subsequently passed on September 18, 2012. A succession on behalf of Betty Daffron has not been opened.

11.

Additionally, Mable Daffron is survived by her sisters, Mary Daffron, Beverly Boudreaux and Betty Ann Pellegrin, who are also the only heirs of their mother, Betty Daffron.

12.

Additionally, a succession in the name of Mable Jewell Daffron bearing docket number 21077 in the 32nd Judicial District Court, for the Parish of Terrebonne was opened on May 18, 2012 wherein Mary K. Daffron was appointed as administratrix, which is attached hereto as Exhibit "A".

13.

Wherefore, out of an abundance of caution, the above parties are positioned to be proper party plaintiffs for both survivorship and wrongful death pursuant to La. C. C. art. 2315.1 and 2315.2

14.

In addition to survival claims alleged herein as a result of Mable Daffron's untimely death, the plaintiffs are entitled to seek wrongful death damages as a result of defendants' negligence.

15.

A Medical Review Panel convened in this matter on March 24, 2010 and rendered its Judgment which is attached as Exhibit "A".

**WHEREFORE**, petitioner prays that the defendant be duly cited and served with a copy of this petition and, after all legal delays are had, there be judgment in favor of petitioner and against the defendant in the amounts as are reasonable in the premises, together with legal interest thereof from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief.

Respectfully submitted:

TIMOTHY C. ELLENDER, JR. (#25660)
A Professional Limited Liability Company
254 Barrow Street
Post Office Box 3290
Houma, Louisiana 70361-3290
Telephone: (985) 223-2889
Facsimile: (985) 223-2128
ATTORNEY FOR PLAINTIFFS

**PLEASE SERVE:**

Southern Dialysis Services, Inc.
through their agent for service of process
David Konur
225 Dunn Street
Houma, LA 70360

Fresenius Medical Care Louisiana Dialysis Group, LLC
through their agent for service of process
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

**FILED**

JUL - 9 2013
/s/ KATIE E. ROUSE
Clerk of Court
Parish of Terrebonne, LA

A TRUE COPY OF THE ORIGINAL
CLERK'S OFFICE, HOUMA
LA. JUL - 9 2013 20____
BY _____
Deputy Clerk of Court

| SUCCESSION OF | * | 32ND JUDICIAL DISTRICT COURT |

SUCCESSION OF          *     32ND JUDICIAL DISTRICT COURT

MABLE JEWELL DAFFRON     *     PARISH OF TERREBONNE

PROBATE NO. 2/077        *     STATE OF LOUISIANA

## PETITION FOR POSSESSION

The petition of Mary K. Daffron, domiciled in Terrebonne Parish, Louisiana, decedent's sister of the full age of majority, respectfully represents that:

1.

Mable Jewell Daffron (referred to as the "decedent") died at on March 26, 2011, as will appear from a certified copy of the death certificate and the affidavit of death, domicile, and heirship, attached and incorporated by reference.

2.

The decedent was domiciled and residing in Terrebonne Parish at the time of decedent's death.

3.

Decedent has left property within the jurisdiction of this court, including litigious rights arising out of a medical malpractice claim, which property will be more particularly described in the sworn detailed descriptive list of assets which will be supplemented and incorporated after an inventory is completed.

4.

The decedent was single, having never married. No child was born to decedent, nor did decedent adopt any child. Decedent is survived by her mother Betty Daffron and her sisters, Mary K. Daffron, Beverly Boudreaux and Betty Ann Pellegrin.

5.

The decedent died intestate. Decedent's estate is relatively free from debt, and there is, therefore, no necessity for an administration of the decedent's estate. However, petitioner seeks to be made administratrix of the estate for the purposes set forth under Louisiana law.

6.

Petitioner conditionally accepts the succession of the decedent with the protections of limited liability as afforded her by Louisiana Law.



JUL - 9 2013
/s/ KATIE E. ROUSE
Clerk of Court
Parish of Terrebonne, LA

Therefore, petitioner prays that:

1.     Mary K. Daffron, Beverly Boudreaux, Betty Ann Pellegrin and Betty Daffron be recognized and decreed to be heirs-at-law of the decedent and, as such, entitled to the ownership and to be placed in possession of the decedent's property, which property will be described in the sworn detailed descriptive list of assets, to be filed in these proceedings after an inventory is completed.

2.     Mary K. Daffron be made administratrix and letters of administration be issued to petitioner upon compliance with the legal requirements.

3.     The estate be decreed to be free from Louisiana State Inheritance taxes.

_____
**TIMOTHY C. ELLENDER, JR. (#25660)**
A Professional Limited Liability Company
254 Barrow Street
Post Office Box 3290
Houma, Louisiana 70361-3290
Telephone: (985) 223-2889
Facsimile: (985) 223-2128

Please Serve:

FILED

MAY 18 2012

's/ Ramie A. Hebert
Deputy Clerk of Court
Parish of Terrebonne, LA

SUCCESSION OF     *     32ND JUDICIAL DISTRICT COURT

MABLE JEWELL DAFFRON     *     PARISH OF TERREBONNE

PROBATE NO. _____     *     STATE OF LOUISIANA

---

## EXHIBIT "A"

---

# STATE OF LOUISIANA

**IMPORTANT**
PRINT or TYPE, items are
or items mandatory

**THIS RECORD IS VALID FOR DEATH ONLY**

BIRTH No.                  FILE No. 117.

6465356

**DECEDENT**

| LAST NAME OF DECEDENT | FIRST NAME | MIDDLE NAME | DATE OF DEATH |
|---|---|---|---|
| Daffron | Mable | Jewell | March 26, 2011 |

HOUR OF DEATH: 8:33 AM | SEX: Female | RACE: White | MARITAL STATUS: Never Married | SURVIVING SPOUSE | DATE OF BIRTH: August 12, 1949 | AGE: 61 | UNDER 1 YR | UNDER 1 DAY | BIRTHPLACE: Wink, Texas

USUAL OCCUPATION: Disable | KIND OF BUSINESS: None | HISPANIC: No

EVER IN U.S. ARMED FORCES: No | SOCIAL SECURITY NUMBER: 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 | EDUCATION: ELEMENTARY/SECONDARY 5 | COLLEGE

**PLACE OF DEATH**

PLACE OF DEATH: Terrebonne General Medical Center | HOSPITAL: Yes | PLACE OF DEATH: Terrebonne

CITY, TOWN OR LOCATION OF DEATH: Houma

**RESIDENCE**

STREET ADDRESS: 400 Monarch Drive Apt. 145 | PARISH: Terrebonne | STATE: Louisiana

CITY: Houma | ZIP CODE: 70360 | INSIDE CITY LIMITS: Yes

**PARENTS**

FATHER'S LAST NAME: Daffron | FIRST: Emery | MIDDLE: Bruce | FATHER'S PLACE OF BIRTH: Vincennes IN

MOTHER'S MAIDEN NAME: Mary | Betty | Matuska | MOTHER'S PLACE OF BIRTH: OK

**DISPOSITION**

TYPE OF PRINT NAME OF INFORMANT: Mary Daffron | INFORMANT'S ADDRESS: 132 Marjorie St, Dallas LA 70933 | DATE: 03/28/2011

METHOD OF DISPOSITION: Cremation | DATE THEREOF: 3-30-2011 | NAME AND LOCATION OF CEMETERY OR CREMATORIUM: Crematorius, Inc. Houma, LA 70364

**REGISTRAR**

FUNERAL HOME: Community Funeral Home of Houma, Inc. | FACILITY NUMBER: 2591 | LICENSE NUMBER: E-2301

230 S. Hollywood Rd. Houma, LA 70360

BURIAL TRANSIT PERMIT: 930075 | PARISH: Terrebone | DATE OF ISSUE: 03/29/2011 | SIGNATURE OF LOCAL REGISTRAR: Sally Clement /DR

**MANNER OF DEATH**

MANNER OF DEATH: Natural | PLACE OF INJURY | I CERTIFY THAT I ATTENDED THE DECEDENT

FROM 9/19/09 TO 3/26/11 | AND THAT DEATH OCCURRED | SIGNATURE: | DATE: 3/29/11

TYPE OR PRINT NAME AND TITLE OF PHYSICIAN OR CORONER: PATRICK D. WALKER, MD | 837 Bayou Gardens Blvd Houma LA 70364

PART I: SEPSIS Syndrome
DUE TO: END STAGE RENAL DISEASE

**[FILED stamp:]**
FILED
MAY 18 2012
/s/ Ramie A. Hebert
Deputy Clerk of Court
Parish of Terrebonne, LA

Debbie Fonseca / Deputy Registrar

PHS-18 (REV 04-04)

OFFICE OF PUBLIC HEALTH - VITAL RECORDS REGISTRY

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA — R.S.40:32. ET SEO.

MARY DAFFRON            MEDICAL REVIEW PANEL
O/B/O MABLE DAFFRON (D)      NO.: 2012-00039

versus

SOUTHERN DIALYSIS SERVICES    LOUISIANA PATIENTS'
D/B/A FRESENIUS MEDICAL CARE   COMPENSATION FUND

                                        STATE OF LOUISIANA

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### MEDICAL REVIEW PANEL OPINION AND REASONS

**Opinion**

      The Medical Review Panel, composed of the undersigned, after having reviewed the evidence submitted by the parties and deliberating regarding that evidence, unanimously renders the following expert opinion:

      Based upon the evidence presented to the panel, there was no failure to meet the applicable standard of care by Southern Dialysis Services d/b/a Fresenius Medical Care or any of its employees in its treatment of Mable Daffron.

**Reasons in Support of Opinion**

1.      The employees followed proper techniques in maneuvering the patient from the wheel chair to the dialysis chair and from the dialysis chair back to the wheelchair.

2.      During the repositioning of the patient, her leg fell off the rest and she sustained a femur facture.

3.      Following the fracture, the Fresenius employees acted appropriately by notifying the supervisor, who then notified EMS to transport the patient to the hospital.

Opinion rendered New Orleans, Louisiana, May 14, 2013.

_____
SCOTT HAYDEL, M.D.

_____
SHAMINDER GUPTA, M.D.

_____
JOHN FINNEY, M.D.

**FILED**

JUL - 9 2013

/s/ KATIE E. ROUSE
Clerk of Court
Parish of Terrebonne, LA

      I, Rodi W. Culotta, do hereby certify that the Opinion of this Medical Review Panel has been duly executed by each of the panel members, as evidenced by their foregoing signatures.

_____
RODI W. CULOTTA
ATTORNEY CHAIRMAN

F:\C&F\12-283\Pleadings\Panel Opinion.doc



EXHIBIT

A

MARY DAFFRON
O/B/O MABLE DAFFRON (D)

versus

SOUTHERN DIALYSIS SERVICES
D/B/A FRESENIUS MEDICAL CARE

MEDICAL REVIEW PANEL
NO.: 2012-00039

LOUISIANA PATIENTS'
COMPENSATION FUND

STATE OF LOUISIANA

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## A F F I D A V I T

**BEFORE ME,** the undersigned authority, personally came and appeared,

**JOHN G FINNEY III, M.D.**

Who, after being put under oath, did depose and state:

"I, JOHN G FINNEY III, M.D. do solemnly swear/affirm, that I will faithfully perform the duties of Medical Review Panel member to the best of my ability and without partiality or favoritism of any kind.  I acknowledge that I represent neither side and that it is my lawful duty to serve with complete impartiality and to render a decision in accordance with the law and the evidence."

_____
JOHN G FINNEY III, M.D.


SWORN TO AND SUBSCRIBED BEFORE ME

THIS 14TH DAY OF _____May_____, 2013.

_____
NOTARY PUBLIC

F:\C&F\12-283\Pleadings\affidavit Dr. Finney.doc

MARY DAFFRON                          MEDICAL REVIEW PANEL
O/B/O MABLE DAFFRON (D)               NO.: 2012-00039

versus

SOUTHERN DIALYSIS SERVICES           LOUISIANA PATIENTS'
D/B/A FRESENIUS MEDICAL CARE          COMPENSATION FUND

                                     STATE OF LOUISIANA

## A F F I D A V I T

**BEFORE ME**, the undersigned authority, personally came and appeared,

**SHAMINDER GUPTA, M.D.**

Who, after being put under oath, did depose and state:

"I, SHAMINDER GUPTA, M.D. do solemnly swear/affirm, that I will faithfully perform

the duties of Medical Review Panel member to the best of my ability and without partiality or

favoritism of any kind.  I acknowledge that I represent neither side and that it is my lawful duty

to serve with complete impartiality and to render a decision in accordance with the law and the

evidence."

_____
SHAMINDER GUPTA, M.D.


SWORN TO AND SUBSCRIBED BEFORE ME

THIS _14th_ DAY OF _May_, 2013.

_____
NOTARY PUBLIC

F:\C&F\12-283\Pleadings\affidavit Dr. Gupta.doc

| | | |
|---|---|---|
| MARY K. DAFFRON, INDIVIDUALLY, | * | 32ND JUDICIAL DISTRICT COURT |

MARY K. DAFFRON, INDIVIDUALLY,     *     32ND JUDICIAL DISTRICT COURT
AS AN HEIR, AND AS SUCCESSION
ADMINISTRATRIX OF MABLE               *
DAFFRON, BEVERLY  BOUDEAUX
AND BETTY ANN PELLEGRIN,              *
INDIVIDUALLY AND AS AN HEIR
OF MABLE DAFFRON, AND                 *
ADDITIONALLY ON BEHALF OF            PARISH OF TERREBONNE
MABLE DAFFRON                         *

VERSUS NO. 169975                     *

SOUTHERN DIALYSIS SERVICES, INC.     *
AND FRESENIUS MEDICAL CARE
LOUISIANA DIALYSIS GROUP, LLC         *     STATE OF LOUISIANA

---

## PETITION FOR DAMAGES

---

**NOW INTO COURT,** through undersigned counsel comes, Mary K. Daffron,

Individually, as an Heir, and as Succession Administratrix of Mable Daffron, Beverly Boudreaux,

and Betty Ann Pellegrin Individually and as an heir of Mable Daffron, and Additionally on Behalf

of Mable Daffron, of legal capacity, domiciled in the Parish of Terrebonne, State of Louisiana,

who with respect represents as follows:

1.

Made defendants herein are:

**SOUTHERN DIALYSIS SERVICES, INC.,** a Louisiana corporation authorized
to do and doing business in the Parish of Terrebonne, State of Louisiana; and

**FRESENIUS MEDICAL CARE LOUISIANA DIALYSIS GROUP, LLC,** a
foreign corporation authorized to do and doing business in the Parish of
Terrebonne, State of Louisiana.

2.

On February 11, 2011, plaintiff went to Fresenius Medical Care located at 800 Point Street

in Houma, Louisiana for one of her tri-weekly dialysis treatments.

3.

After completion of her dialysis treatment, Mable Daffron was being transferred back to

her wheel chair via Hoyer lift by Fresenius employees when, upon attempting to re-position her,

caused a fracture to her right distal femur.

RANDALL L. BETHANCOURT
JUDGE - DIVISION E

4.

It is alleged that defendants Southern Dialysis Services, Inc. and Fresenius Medical Care Louisiana Dialysis Group, LLC were negligent in that they lacked the requisite degree of knowledge or skill in the care and dialysis treatment of Mable Daffron, or that their employees did not have the requisite degree of knowledge or skill in dialysis treatment or proper transfer handling of patients undergoing dialysis treatment which caused injuries to Mable Daffron.

5.

As a result of Fresenius employees' negligence, plaintiff had to undergo an open reduction internal fixation with instrumentation the following day.

6.

As a result of the above incident, Mable Daffron suffered injuries and was entitled to recover such damages as are reasonable under the premises, including, but not limited to:

a)      General damages, including but not limited to past and future physical and
        mental pain, suffering and discomfort, disfigurement and loss of enjoyment
        of life; and

b)      Past and future medical and pharmaceutical expenses and all other
        special damages.

7.

As further result of defendant's collective negligence, it is alleged that her death which occurred on March 26, 2011, was caused by the acts and omissions of the defendants as alleged above.

8.

As a result of his injuries, Mable Daffron incurred medical expenses for the treatment of her injuries and her family incurred expenses associated with her untimely demise due to the negligence of defendant.

9.

At the time of her death, Mable Daffron did not have a surviving spouse nor surviving children.

10.

At the time of Mable Daffron's death on March 26, 2011, however, she was survived by her mother, Betty Daffron who subsequently passed on September 18, 2012. A succession on behalf of Betty Daffron has not been opened.

11.

Additionally, Mable Daffron is survived by her sisters, Mary Daffron, Beverly Boudreaux and Betty Ann Pellegrin, who are also the only heirs of their mother, Betty Daffron.

12.

Additionally, a succession in the name of Mable Jewell Daffron bearing docket number 21077 in the 32nd Judicial District Court, for the Parish of Terrebonne was opened on May 18, 2012 wherein Mary K. Daffron was appointed as administratrix, which is attached hereto as Exhibit "A".

13.

Wherefore, out of an abundance of caution, the above parties are positioned to be proper party plaintiffs for both survivorship and wrongful death pursuant to La. C. C. art. 2315.1 and 2315.2

14.

In addition to survival claims alleged herein as a result of Mable Daffron's untimely death, the plaintiffs are entitled to seek wrongful death damages as a result of defendants' negligence.

15.

A Medical Review Panel convened in this matter on March 24, 2010 and rendered its Judgment which is attached as Exhibit "A".

**WHEREFORE**, petitioner prays that the defendant be duly cited and served with a copy of this petition and, after all legal delays are had, there be judgment in favor of petitioner and against the defendant in the amounts as are reasonable in the premises, together with legal interest thereof from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief.

Respectfully submitted:

_____
TIMOTHY C. ELLENDER, JR. (#25660)
A Professional Limited Liability Company
254 Barrow Street
Post Office Box 3290
Houma, Louisiana 70361-3290
Telephone: (985) 223-2889
Facsimile: (985) 223-2128
ATTORNEY FOR PLAINTIFFS


**PLEASE SERVE:**

Southern Dialysis Services, Inc.
through their agent for service of process
David Konur
225 Dunn Street
Houma, LA  70360

Fresenius Medical Care Louisiana Dialysis Group, LLC
through their agent for service of process
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808

# FILED

JUL - 9 2013

/s/ KATIE E. ROUSE
_____
Clerk of Court
Parish of Terrebonne, LA

| | | |
|---|---|---|
| SUCCESSION OF | * | 32ND JUDICIAL DISTRICT COURT |
| MABLE JEWELL DAFFRON | * | PARISH OF TERREBONNE |
| PROBATE NO. _21077_ | * | STATE OF LOUISIANA |

## PETITION FOR POSSESSION

The petition of Mary K. Daffron, domiciled in Terrebonne Parish, Louisiana, decedent's sister of the full age of majority, respectfully represents that:

1.

Mable Jewell Daffron (referred to as the "decedent") died at on March 26, 2011, as will appear from a certified copy of the death certificate and the affidavit of death, domicile, and heirship, attached and incorporated by reference.

2.

The decedent was domiciled and residing in Terrebonne Parish at the time of decedent's death.

3.

Decedent has left property within the jurisdiction of this court, including litigious rights arising out of a medical malpractice claim, which property will be more particularly described in the sworn detailed descriptive list of assets which will be supplemented and incorporated after an inventory is completed.

4.

The decedent was single, having never married. No child was born to decedent, nor did decedent adopt any child. Decedent is survived by her mother Betty Daffron and her sisters, Mary K. Daffron, Beverly Boudreaux and Betty Ann Pellegrin.

5.

The decedent died intestate. Decedent's estate is relatively free from debt, and there is, therefore, no necessity for an administration of the decedent's estate. However, petitioner seeks to be made administratrix of the estate for the purposes set forth under Louisiana law.

6.

Petitioner conditionally accepts the succession of the decedent with the protections of limited liability as afforded her by Louisiana Law.

**FILED**

JUL - 9 2013
/s/ KATIE E. ROUSE

Clerk of Court
Parish of Terrebonne, LA

Therefore, petitioner prays that:

1.     Mary K. Daffron, Beverly Boudreaux, Betty Ann Pellegrin and Betty Daffron be recognized and decreed to be heirs-at-law of the decedent and, as such, entitled to the ownership and to be placed in possession of the decedent's property, which property will be described in the sworn detailed descriptive list of assets, to be filed in these proceedings after an inventory is completed.

2.     Mary K. Daffron be made administratrix and letters of administration be issued to petitioner upon compliance with the legal requirements.

3.     The estate be decreed to be free from Louisiana State Inheritance taxes.

 

**TIMOTHY C. ELLENDER, JR. (#25660)**
A Professional Limited Liability Company
254 Barrow Street
Post Office Box 3290
Houma, Louisiana  70361-3290
Telephone:  (985) 223-2889
Facsimile:  (985) 223-2128

Please Serve:

FILED

MAY 18 2012

/s/ Ramie A. Hebert
Deputy Clerk of Court
Parish of Terrebonne, LA

| SUCCESSION OF | * | 32ND JUDICIAL DISTRICT COURT |
| MABLE DAFFRON | * | PARISH OF TERREBONNE |
| PROBATE NO. _21077_ | * | STATE OF LOUISIANA |

## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF TERREBONNE**

Before me, the undersigned Notary Public, personally came and appeared:

**Mary K. Daffron**, of full age of majority and domiciled in Terrebonne Parish, Louisiana, whose mailing address is 132 Marjorie Street, Dulac, Louisiana 70363;

the petitioner, who, first being duly sworn, deposed and said that the preceding allegations of fact are true and correct.

_Mary K Daffron_
MARY K. DAFFRON, Affiant

Sworn to and subscribed before me at Houma, Louisiana on the _18th_ day of _May_, 2012.

_Timothy C. Ellender_
TIMOTHY C. ELLENDER, JR. (#25660)
NOTARY PUBLIC

FILED
MAY 18 2012
/s/ Ramie A. Hebert
Deputy Clerk of Court
Parish of Terrebonne, LA

SUCCESSION OF       *       32ND JUDICIAL DISTRICT COURT

MABLE JEWELL DAFFRON    *       PARISH OF TERREBONNE

PROBATE NO. _____    *       STATE OF LOUISIANA

## EXHIBIT "A"

## STATE OF LOUISIANA

**IMPORTANT:**
PRINT or TYPE black ink
or ribbon mandatory

### THIS RECORD IS VALID FOR DEATH ONLY

BIRTH No. _____     FILE No. 117

6465356

**DECEDENT**

| Last Name of Decedent | First Name | Middle Name | Date of Death |
|---|---|---|---|
| Daffron | Mable | Jewell | March 26, 2011 |

| Hour of Death | Sex | Race | Marital Status | Surviving Spouse |
|---|---|---|---|---|
| 8:33 AM | Female | White | Never Married | |

| Date of Birth | Age | Under 1 Year | Birthplace |
|---|---|---|---|
| August 12, 1949 | 61 | | Wink, Texas |

| Usual Occupation | Kind of Business/Industry | |
|---|---|---|
| Disable | None | No |

| Ever in U.S. Armed Forces | Social Security Number | |
|---|---|---|
| No | 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 | 5 |

**PLACE OF DEATH**

Terrebonne General Medical Center    Yes

Houma    Terrebonne

**RESIDENCE**

| Street Address | Parish of Residence | State |
|---|---|---|
| 400 Monarch Drive  Apt. 145 | Terrebonne | Louisiana |

| City/Town of Residence | Zip Code | |
|---|---|---|
| Houma | 70360 | Yes |

**PARENTS**

| Father's Last Name | First | Middle | Father's Place of Birth | State |
|---|---|---|---|---|
| Daffron | Emery | | Vincennes | IN |

| Mother's Maiden Name | First | Middle | Mother's Place of Birth | State |
|---|---|---|---|---|
| Bruce | Betty | | Wetumka | OK |

**INFORMANT**

| Type or Print Name of Informant | Informant's Address | Date |
|---|---|---|
| Mary Daffron | 132 Marjorie St. Dulac LA, 70353 | 03/28/2011 |

**DISPOSITION**

| Method of Disposition | Date Thereof | Name and Location of Cemetery or Crematorium |
|---|---|---|
| Cremation | 3-30-2011 | Crematorium, Inc. Houma, LA 76364 |

| Signature and Address of Funeral Director | Facility Number | License Number |
|---|---|---|
| Community Funeral Home of Houma, Inc. 230 S. Hollywood Rd. Houma, LA 70360 | 2591 | E-2301 |

| Burial Transit Permit | Parish of Issue | Date of Issue | Signature of Local Registrar |
|---|---|---|---|
| 930075 | Terrebonne | 03/29/2011 | Sandy Clement / DFt |

**MANNER OF DEATH**

Natural

**CERTIFIER**

| I Certify That I Attended the Decedent | And That Death Occurred on the Date and Hour Stated | Signature of Physician or Coroner | Date |
|---|---|---|---|
| From 9/19/09 To 3/26/11 | | | 3/29/11 |

PATRICK D. WALKER, MD    837 Bayou Gardens Blvd Houma, LA. 70364

**CAUSE OF DEATH**

Part I.
Immediate Cause: SEPSIS SYNDROME
Due to: END STAGE RENAL DISEASE

OFFICE OF PUBLIC HEALTH - VITAL RECORDS REGISTRY

PHS-16 (REV. 04-04)

**FILED**
s/ Ramie A. Hebert
Deputy Clerk of Court
Parish of Terrebonne, LA

Debbie Fonseca / Deputy Registrar

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA PURSUANT TO LSA — R S 40 32 ET SEQ

MAY 18 2012

MARY DAFFRON                           MEDICAL REVIEW PANEL
O/B/O MABLE DAFFRON (D)                NO.: 2012-00039

versus

SOUTHERN DIALYSIS SERVICES            LOUISIANA PATIENTS'
D/B/A FRESENIUS MEDICAL CARE          COMPENSATION FUND

                                      STATE OF LOUISIANA

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

### MEDICAL REVIEW PANEL OPINION AND REASONS

#### Opinion

The Medical Review Panel, composed of the undersigned, after having reviewed the evidence submitted by the parties and deliberating regarding that evidence, unanimously renders the following expert opinion:

Based upon the evidence presented to the panel, there was no failure to meet the applicable standard of care by Southern Dialysis Services d/b/a Fresenius Medical Care or any of its employees in its treatment of Mable Daffron.

#### Reasons in Support of Opinion

1. The employees followed proper techniques in maneuvering the patient from the wheel chair to the dialysis chair and from the dialysis chair back to the wheelchair.

2. During the repositioning of the patient, her leg fell off the rest and she sustained a femur facture.

3. Following the fracture, the Fresenius employees acted appropriately by notifying the supervisor, who then notified EMS to transport the patient to the hospital.

Opinion rendered New Orleans, Louisiana, May 14, 2013.

**FILED**

JUL -9 2013

/s/ KATIE E. ROUSE
Clerk of Court
Parish of Terrebonne, LA

_____
SCOTT HAYDEL, M.D.

_____
SHAMINDER GUPTA, M.D.

_____
JOHN FINNEY, M.D.

I, Rodi W. Culotta, do hereby certify that the Opinion of this Medical Review Panel has been duly executed by each of the panel members, as evidenced by their foregoing signatures.

_____
RODI W. CULOTTA
ATTORNEY CHAIRMAN

F:\C&F\12-283\Pleadings\Panel Opinion.doc

**EXHIBIT**

**A**

1

MARY DAFFRON                           MEDICAL REVIEW PANEL
O/B/O MABLE DAFFRON (D)                NO.: 2012-00039

versus

                                       LOUISIANA PATIENTS'
SOUTHERN DIALYSIS SERVICES             COMPENSATION FUND
D/B/A FRESENIUS MEDICAL CARE

                                       STATE OF LOUISIANA

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## A F F I D A V I T

**BEFORE ME**, the undersigned authority, personally came and appeared,

### SCOTT A. HAYDEL, M.D.

Who, after being put under oath, did depose and state:

"I, SCOTT A. HAYDEL, M.D. do solemnly swear/affirm, that I will faithfully perform

the duties of Medical Review Panel member to the best of my ability and without partiality or

favoritism of any kind. I acknowledge that I represent neither side and that it is my lawful duty

to serve with complete impartiality and to render a decision in accordance with the law and the

evidence."

_____
SCOTT A. HAYDEL, M.D.


SWORN TO AND SUBSCRIBED BEFORE ME

THIS _15_ DAY OF _May_____, 2013.

_____
NOTARY PUBLIC


F:\C&F\12-283\Pleadings\affidavit Dr. Haydel.doc

MARY DAFFRON                          MEDICAL REVIEW PANEL
O/B/O MABLE DAFFRON (D)               NO.: 2012-00039

versus

                                     LOUISIANA PATIENTS'
SOUTHERN DIALYSIS SERVICES            COMPENSATION FUND
D/B/A FRESENIUS MEDICAL CARE

                                     STATE OF LOUISIANA

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## A F F I D A V I T

**BEFORE ME,** the undersigned authority, personally came and appeared,

### JOHN G FINNEY III, M.D.

Who, after being put under oath, did depose and state:

"I, JOHN G FINNEY III, M.D. do solemnly swear/affirm, that I will faithfully perform

the duties of Medical Review Panel member to the best of my ability and without partiality or

favoritism of any kind.  I acknowledge that I represent neither side and that it is my lawful duty

to serve with complete impartiality and to render a decision in accordance with the law and the

evidence."

_____
JOHN G FINNEY III, M.D.


SWORN TO AND SUBSCRIBED BEFORE ME

THIS _14TH_ DAY OF ____May____, 2013.

_____
NOTARY PUBLIC


F:\C&F\12-283\Pleadings\affidavit Dr. Finney.doc

MARY DAFFRON                          MEDICAL REVIEW PANEL
O/B/O MABLE DAFFRON (D)               NO.: 2012-00039

versus

                                     LOUISIANA PATIENTS'
SOUTHERN DIALYSIS SERVICES           COMPENSATION FUND
D/B/A FRESENIUS MEDICAL CARE

                                     STATE OF LOUISIANA

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •


## A F F I D A V I T

   **BEFORE ME,** the undersigned authority, personally came and appeared,

                          **SHAMINDER GUPTA, M.D.**

Who, after being put under oath, did depose and state:

   "I, SHAMINDER GUPTA, M.D.do solemnly swear/affirm, that I will faithfully perform

the duties of Medical Review Panel member to the best of my ability and without partiality or

favoritism of any kind.  I acknowledge that I represent neither side and that it is my lawful duty

to serve with complete impartiality and to render a decision in accordance with the law and the

evidence."


                          _____
                                SHAMINDER GUPTA, M.D.


SWORN TO AND SUBSCRIBED BEFORE ME

THIS _14TH_ DAY OF _May_ , 2013.

_____
          NOTARY PUBLIC


F:\C&F\12-283\Pleadings\affidavit Dr. Gupta.doc